# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    14 CV 10444

Hossein Isbitan v. The Village of Round Lake Heights, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hossein Isbitan

| | |
|---|---|
| NAME (Type or print) | |
| Joseph L. Novosel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Joseph L. Novosel | |
| FIRM | |
| Law Office of Thomas P. Needham | |
| STREET ADDRESS | |
| 53 W. Jackson Blvd., Suite 452 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60604 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6309799 | (312) 726-3171 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                   APPOINTED COUNSEL