AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HOSSEIN ISBITAN

V.

The VILLAGE OF ROUND LAKE HEIGHTS
and JOHN ROEHLK

CASE NUMBER: 14 CV 10444

ASSIGNED JUDGE: SHAH

DESIGNATED MAGISTRATE JUDGE: GILBERT

TO: (Name and address of Defendant)

John Roehlk
Round Lake Heights Police Headquarters
619 W. Pontiac Ct.
Round Lake Heights, IL 60073

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Needham
Law Office of Thomas P. Needham
53 W. Jackson Blvd., Suite 452
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK



January 3, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/5/15 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Stephen Glazier | Private Detective |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Administrative Coordinator Amy Campbell F/W/5'6"/150 lbs/Brn/45 yoA. Amy Campbell related she was authorized to accept service for John Roehlk of Round Lake Heights Police Headquarters.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/5/15

Signature of Server: Stephen Glazier

Address of Server: 10 S. LaSalle St, Ste 1950, Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.