IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HOSSEIN ISBITAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 14 CV 10444 |
| | ) | |
| The VILLAGE OF ROUND LAKE HEIGHTS, Illinois, a Municipal corporation and Police Chief JOHN ROEHLK, | ) ) ) | Honorable Judge Manish S. Shah |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENLARGEMENT OF
TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME the Defendants, The VILLAGE OF ROUND LAKE HEIGHTS, Illinois, a Municipal Corporation and Police Chief JOHN ROEHLK, by and through their attorneys, PETERSON, JOHNSON & MURRAY-CHICAGO, LLC, and for their Agreed Motion for Enlargement of Time to Answer or Otherwise Plead, states as follows:

1. Plaintiff, Hossein Isbitan filed a Complaint on December 30, 2014.

2. On January 5, 2015, Defendants were served in this matter. Defendants have until January 26, 2015 to answer or otherwise plead.

3. The undersigned counsel was recently retained to represent and defend the above named defendants in this matter and is in the process of investigating the allegations contained within the Complaint.

4. The undersigned has contacted Plaintiff's counsel's office regarding the request for an extension and there was no objection to this motion or the extension requested.

5.      This matter is not being brought for dilatory purposes and no party to this matter will be prejudiced by the granting of this motion.

WHEREFORE, for the foregoing reasons, the VILAGE OF ROUND LAKE HEIGHTS and Police Chief JOHN ROEHLK, respectfully requests this Honorable Court grant this motion and enlarge the time for Defendants to file their responsive pleading to the Complaint 14 days from January 26, 2015, and for any other relief that this Court deems necessary and just.

Respectfully submitted,

VILLAGE OF ROUND LAKE HEIGHTS and
Police Chief JOHN ROEHLK

By:    s/ Dominick L. Lanzito
         One of their Attorneys

Dominick L. Lanzito
Peterson, Johnson & Murray Chicago LLC
200 West Adams - Suite 2125
Chicago, Illinois 60606
Ph:     (312) 782-7150
Fax:    (312) 896-9318
dlanzito@pjmlaw.com